B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA - NEW BERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Ellis Scott Wooten _____    Case No. _____
                                    Debtor(s)    Chapter    12 _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Ellis Scott Wooten _____    X    /s/ Ellis Scott Wooten _____    May 19, 2015 ____
Printed Name(s) of Debtor(s)                    Signature of Debtor                        Date

Case No. (if known) _____    X    _____
                                                Signature of Joint Debtor (if any)        Date

_____

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of North Carolina - New Bern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wooten, Ellis Scott | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Wooten Farms | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-6323 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>4414 Highway 58 North<br>Kinston, NC<br><div align="right">ZIP Code<br>28504</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>Lenoir | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>■ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                    **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br>   Wooten, Ellis Scott |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br>   ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br>   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br>   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
|   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br>   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br>   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
|   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>         _____ <br>         (Name of landlord that obtained judgment) <br><br><br>         _____ <br>         (Address of landlord) <br><br>   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br>   ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br>   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                           Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Wooten, Ellis Scott |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Ellis Scott Wooten
_____
Signature of Debtor  Ellis Scott Wooten

X
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

May 19, 2015
_____
Date

**Signature of Attorney***

X  /s/ Trawick H. Stubbs, Jr.
_____
Signature of Attorney for Debtor(s)

Trawick H. Stubbs, Jr. 4221
_____
Printed Name of Attorney for Debtor(s)

Stubbs & Perdue, P.A.
_____
Firm Name
PO Box 1654
New Bern, NC 28563

_____
Address

252-633-2700
_____
Telephone Number

May 19, 2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Ellis Scott Wooten _____    Case No. _____

Debtor(s)    Chapter    12

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Ellis Scott Wooten
                         Ellis Scott Wooten

Date:     May 19, 2015

# Hummingbird Credit Counseling and Education, Inc.
## CREDIT COUNSELING CERTIFICATION

Certificate Number: __485392-E536216M-53__

# Ellis Wooten

I CERTIFY that on April 14, 2015, at 12:27 PM EDT, Ellis Wooten received from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in North Carolina, Eastern District, an individual briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

By: ___Victoria S. Wright, Esq.___     Date: _____April 14, 2015_____

Title: ___Executive Director of Education___

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Ellis Scott Wooten                              ,      Case No. _____

                                Debtor

Chapter _____ 12 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 261,671.00 | | |
| B - Personal Property | Yes | 6 | 280,140.00 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 810,336.21 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 4,320.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 106,152.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,247.24 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,062.84 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 541,811.00 | | |
| Total Liabilities | | | | 920,809.20 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Ellis Scott Wooten                                ,      Case No. _____

                    Debtor

                                               Chapter _____ 12 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   Ellis Scott Wooten                                                     ,   Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence located on 1.83 acres at 4414 Hwy 58 N., Kinston, NC owned with wife | Tenants by the Entirety | - | 231,671.00 | 651,883.13 |
| Homeplace located at 4827 Hwy 58N, Hookerton, NC 28538 (uninhabitable) (Tax Value is $42,139.00) | Fee simple | - | 30,000.00 | 526,396.57 |

|  | Sub-Total > | 261,671.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 261,671.00 |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Ellis Scott Wooten                                                                          ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | - | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T checking account ending in 4068 | - | 2,000.00 |
| | | 50% interest in checking account located at State Employee's Credit Union ending in 5688, owned with wife | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit at North Lenoir Water Corporation | - | 45.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 50% ownership interest in household goods consisting of Living room furniture, 3 BRS, kitchen appliances, chairs, tables, 4 TV's, laptop, personal computer and printer, desk and 2 filing cabinets, pool table, treadmill (1/2 of $6,350) | - | 3,175.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Wix filter car collection | - | 50.00 |
| 6. Wearing apparel. | | Wearing apparel and footwear | - | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Browning Shotgun | - | 400.00 |
| | | Remington 270 guage hunting rifle with scope, Remington 300 guage rifle with scope; 32 Reuger, 380 Reuger and 32 Keltek hand guns | - | 1,250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $50,000 Farm Bureau Life Insurance Policy No.: 011582078L; Beneficiary is wife | - | 1,500.00 |
| | | $50,000 Farm Bureau Life Insurance Policy No.: 012155050; Beneficiary is wife | - | 9,000.00 |

|  | Sub-Total >  (Total of this page) | 17,660.00 |
|---|---|---|

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Ellis Scott Wooten                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | $174,400 Mutual of Omaha Life Insurance Policy No.: BU 1158434; Beneficiary is wife | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Buz Shackleford (custom picking) | - | 10,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                Sub-Total >         10,000.00
                                                              (Total of this page)

Sheet  1  of  3  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     Ellis Scott Wooten                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1983 Ford F-350 Truck, VIN 33946 | - | 1,500.00 |
| | | 1974 Chevrolet Truck, C-60 VIN 24481 (Junk) | - | 1,000.00 |
| | | 1982 Ford Truck, LN-800, VIN 39016 | - | 2,000.00 |
| | | 1999 F-250 Ford Super Duty Truck, VIN 64132 | - | 6,000.00 |
| | | 1997 Ford F-150 Truck VIN 19864 | - | 3,000.00 |
| | | 2006 Roadking Utility Trailer, VIN 13422 | - | 500.00 |
| | | 1996 Ford F-250 Truck, VIN 28821 | - | 2,000.00 |
| | | 2000 International 4000 Series Truck, VIN 03745 | - | 15,000.00 |
| | | 2013 Ford Fiesta Titan, VIN 52577 | - | 8,000.00 |
| | | 1995 Ford F-150 Truck, VIN 03833 | - | 3,000.00 |
| | | 1995 Ford F-250 Truck, VIN 50558 | - | 3,000.00 |
| | | 1995 Ford F250 Truck, VIN 42886 | - | 2,000.00 |
| | | 1995 Ford F-150 Truck, VIN 81591 | - | 2,000.00 |

Sub-Total >          49,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Ellis Scott Wooten                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1992 Ford F-350 Truck, VIN 99641 | - | 1,000.00 |
| | | 50% interest in 2008 Ford Expedition owned with wife, VIN 06648 (1/2 of $8,000) | - | 4,000.00 |
| | | 1996 Ford F-250, VIN 94639 | - | 2,000.00 |
| 26. Boats, motors, and accessories. | | 22' 2009 Kenkraft boat with 150 h.p. motor and boat trailer VIN ending in 24796 | - | 20,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous copy paper, envelopes, pens, pencils, markers, stapler | - | 30.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Misc. parts, tools and supplies | - | 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | 70 =/- acres of wheat-planted | - | 0.00 |
| 33. Farming equipment and implements. | | JD 625 Combine Platform, S/N 755389;  HX14 Rotary / Flail Cutter, S/N 020646 | - | 15,000.00 |
| | | JD 7810 Row-Crop Tractor, S/N 030557 | - | 8,000.00 |
| | | 8-Roanoke bulk barns, S/N G-70135, 731100, 70170, 70186, 70102, 75496, AHM904, G-69050; 1-Powell bulk barn, S/N 30612; 1-Roanoke bulk barn (No S/N); 1-Long bulk barn, S/N 2127 | - | 5,500.00 |
| | | See attached Exhibit A | - | 145,450.00 |
| 34. Farm supplies, chemicals, and feed. | | Partial containers of chemicals | - | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | Miscellaneous yard and household tools | - | 500.00 |

|  | Sub-Total > | 203,480.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 280,140.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Ellis Scott Wooten - Chapter 12

Exhibit A
Schedule B - 33. Farming Equipment

| DESCRIPTION | VALUE | NOTES |
|---|---|---|
| 9970 JD Cotton Picker | $ 10,000.00 | |
| 2155 Case Cotton Picker | $ 8,000.00 | |
| 2055 Case Cotton Picker | $ 5,000.00 | |
| 2055 Case Cotton Picker-JUNK | $ 1,000.00 | (JUNK) |
| 2-Harrell Boll Buggie | $ 2,000.00 | |
| Taylor Boll Buggie | $ 1,000.00 | |
| Long Module Builder | $ 1,000.00 | |
| Taylor Module Builder | $ 1,000.00 | |
| Grease Pump | $ 100.00 | |
| 2-Roanoke 2-row Tobacco Primers | $ 5,000.00 | |
| Roanoke 1-row Tobacco Primer | $ 500.00 | (JUNK) |
| Powell Tobacco Primer | $ 1,500.00 | |
| 2-Powell Tobacco Strippers | $ 1,000.00 | (1 used for parts, only) |
| 6-Powell Trailers | $ 600.00 | |
| 6-Homemade Trailers | $ 600.00 | |
| 1-racking table | $ 50.00 | |
| 4-1/8 Ton Electric Chain Hoists | $ 200.00 | |
| 1-JD 6000 Sprayer | $ 1,000.00 | |
| 1-JD 6000 Sprayer, w/cab | $ 3,000.00 | |
| Woods 14' Bush Hog | $ 200.00 | (broken gearbox) |
| JDM 14' Bush Hog | $ 4,000.00 | |
| Holland Transplanter | $ 1,000.00 | |
| Double-axle trailer | $ 500.00 | |
| 2-Redball 8-row Hooded Sprayers | $ 1,000.00 | |
| Taylor 24' Disc Harrow | $ 3,000.00 | |
| Case IH 24' Finishing Disc Harrow | $ 5,000.00 | |
| 2-14' Field Cultivators (homemade) | $ 1,000.00 | |
| 4-row Tobacco Fertilizer Applicator | $ 100.00 | |
| 4-row Rolling Cultivator for Tobacco | $ 500.00 | |
| 2-8-row Knife Nitrogen Applicators | $ 1,000.00 | |
| 2-JD 8-row Danish Tine Plows | $ 1,000.00 | |
| 2-1000 gal. Nurse Tanks, w/pumps | $ 1,000.00 | |
| 2012 Grain Cart (650 bushel capacity) | $ 6,000.00 | |
| Hardee Ditch Bank Cutter | $ 500.00 | |
| Hardee HD Long-arm Cutter | $ 8,000.00 | |
| JD 7300 8-row Stackfold Planter, w/row markers | $ 8,000.00 | |
| JD 750 15' Notill Grain Drill, w/row markers | $ 2,000.00 | |
| KMC 8-row Ripper-Bedder w/row shapers | $ 2,000.00 | |
| Forrest City 8-row Ripper-Bedder | $ 1,000.00 | |
| W&A 4-row Ripper Bedder (Tobacco) | $ 500.00 | |
| Case IH 7240 MFWD Tractor w/tanks | $ 8,000.00 | |

| | | |
|---|---|---|
| JD 8400 MFWD Tractor | $ 10,000.00 | |
| 2-JD 4230 Tractors | $ 2,500.00 | (Need repairs) |
| JD 4630 | $ 500.00 | (blown engine) |
| Case IH JX-55 Tractor | $ 3,000.00 | |
| 2-Unverferth Header Transport Trailers | $ 1,000.00 | |
| Tripple Axle Trailer (home made) | $ 750.00 | |
| 10' Utility Trailer (light duty) | $ 250.00 | |
| Tobacco Bailer | $ 500.00 | |
| JD 2002 Combine 9650 | $ 25,000.00 | |
| JD Lawn Mower | $ 1,000.00 | |
| Artic Cat ATV 1999 (Blown engine) | $ 100.00 | |
| JD 894 Corn Header, 8-rows wide | $ 3,000.00 | |
| **TOTAL:** | **$ 145,450.00** | |

B6C (Official Form 6C) (4/13)

In re   Ellis Scott Wooten                                    ,   Case No. _____
                                    **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Residence located on 1.83 acres at 4414 Hwy 58 N., Kinston, NC owned with wife | 11 USC § 522(b)(3)(B) | 0.00 | 231,671.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BB&T checking account ending in 4068 | N.C. Gen. Stat. § 1C-1601(a)(2) | 1,250.00 | 2,000.00 |
| **Household Goods and Furnishings** | | | |
| 50% ownership interest in household goods consisting of Living room furniture, 3 BRS, kitchen appliances, chairs, tables, 4 TV's, laptop, personal computer and printer, desk and 2 filing cabinets, pool table, treadmill (1/2 of $6,350) | N.C. Gen. Stat. § 1C-1601(a)(4) | 3,175.00 | 3,175.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Wix filter car collection | N.C. Gen. Stat. § 1C-1601(a)(4) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| Wearing apparel and footwear | N.C. Gen. Stat. § 1C-1601(a)(4) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Browning Shotgun | N.C. Gen. Stat. § 1C-1601(a)(4) | 400.00 | 400.00 |
| Remington 270 guage hunting rifle with scope, Remington 300 guage rifle with scope; 32 Reuger, 380 Reuger and 32 Keltek hand guns | N.C. Gen. Stat. § 1C-1601(a)(2) | 1,250.00 | 1,250.00 |
| **Interests in Insurance Policies** | | | |
| $50,000 Farm Bureau Life Insurance Policy No.: 011582078L; Beneficiary is wife | N.C. Const. Art. X § 5; N.C. Gen. Stat. § 1C-1601(a)(6) | 1,500.00 | 1,500.00 |
| $50,000 Farm Bureau Life Insurance Policy No.: 012155050; Beneficiary is wife | N.C. Const. Art. X § 5; N.C. Gen. Stat. § 1C-1601(a)(6) | 9,000.00 | 9,000.00 |
| $174,400 Mutual of Omaha Life Insurance Policy No.: BU 1158434; Beneficiary is wife | N.C. Const. Art. X § 5; N.C. Gen. Stat. § 1C-1601(a)(6) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 F-250 Ford Super Duty Truck, VIN 64132 | N.C. Gen. Stat. § 1C-1601(a)(3) | 3,500.00 | 6,000.00 |
| | N.C. Gen. Stat. § 1C-1601(a)(2) | 2,500.00 | |
| **Office Equipment, Furnishings and Supplies** | | | |
| Miscellaneous copy paper, envelopes, pens, pencils, markers, stapler | N.C. Gen. Stat. § 1C-1601(a)(4) | 30.00 | 30.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Misc. parts, tools and supplies | N.C. Gen. Stat. § 1C-1601(a)(5) | 2,000.00 | 2,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Miscellaneous yard and household tools | N.C. Gen. Stat. § 1C-1601(a)(4) | 500.00 | 500.00 |
| | Total: | 25,355.00 | 257,776.00 |

____0____   continuation sheets attached to Schedule of Property Claimed as Exempt

Rev. 12/2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA - NEW BERN DIVISION

IN THE MATTER OF:                                                                                    CASE NUMBER:
Ellis Scott Wooten
        Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   Ellis Scott Wooten   , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

Debtor's Age:   _____
Name of former co-owner:   _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $**                0.00

2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| 1999 F-250 Ford Super Duty Truck, VIN 64132 | 6,000.00 | | | | 6,000.00 | 3,500.00 |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $**                3,500.00

3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is   3  .

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| 50% ownership interest in household goods consisting of Living room furniture, 3 BRS, kitchen appliances, chairs, tables, 4 TV's, laptop, personal computer and printer, desk and 2 filing cabinets, pool table, treadmill (1/2 of $6,350) | 3,175.00 | | | | 3,175.00 | 3,175.00 |
| Browning Shotgun | 400.00 | | | | 400.00 | 400.00 |
| Miscellaneous copy paper, envelopes, pens, pencils, markers, stapler | 30.00 | | | | 30.00 | 30.00 |
| Miscellaneous yard and household tools | 500.00 | | | | 500.00 | 500.00 |

Schedule C-1 - Property Claimed as Exempt - 12/2009

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| Wearing apparel and footwear | 200.00 | | | | 200.00 | 200.00 |
| Wix filter car collection | 50.00 | | | | 50.00 | 50.00 |

VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $    4,355.00

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| Misc. parts, tools and supplies | 2,000.00 | | | | 2,000.00 | 2,000.00 |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $    2,000.00

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | Cash Value |
|---|---|
| $174,400 Mutual of Omaha Life Insurance Policy No.:  BU 1158434; Beneficiary is wife | Unknown |
| $50,000 Farm Bureau Life Insurance Policy No.: 011582078L; Beneficiary is wife | 1,500.00 |
| $50,000 Farm Bureau Life Insurance Policy No.:  012155050; Beneficiary is wife | 9,000.00 |

6. NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
|---|
| -NONE- |

7. NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
|---|
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
|---|---|---|---|---|---|---|
| 1999 F-250 Ford Super Duty Truck, VIN 64132 | 6,000.00 | | | | 6,000.00 | 2,500.00 |
| BB&T checking account ending in 4068 | 2,000.00 | | | | 2,000.00 | 1,250.00 |
| Remington 270 guage hunting rifle with scope, Remington 300 guage rifle with scope; 32 Reuger, 380 Reuger and 32 Keltek hand guns | 1,250.00 | | | | 1,250.00 | 1,250.00 |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $    5,000.00

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
|---|
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
|---|
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
|---|
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
|---|
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| Residence located on 1.83 acres at 4414 Hwy 58 N., Kinston, NC owned with wife | 231,671.00 | Bank of America Farm Service Agency | 125,486.56 526,396.57 | 0.00 |

**VALUE CLAIMED AS EXEMPT: $**     0.00

14.  NORTH CAROLINA PENSION FUND EXEMPTIONS

| -NONE- |
|---|

15.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| -NONE- |
|---|

16.  FEDERAL PENSION FUND EXEMPTIONS

| -NONE- |
|---|

17.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| -NONE- |
|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

18.  RECENT PURCHASES

(a).  List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(b).  List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19.  The debtor's property is subject to the following claims:

a.       Of the United States or its agencies as provided by federal law.

b.       Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.       Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.       Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.       For payment of obligations contracted for the purchase of specific real property affected.

f.       For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.       For statutory liens, on the specific property affected, other than judicial liens.

h.       For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.       For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.       Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.       Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| Bank of the West | | 34,100.00 | 22' 2009 Kenkraft boat with 150 h.p. motor and boat trailer VIN ending in 24796 | 20,000.00 | 0.00 |
| John Deere Financial | | 25,572.58 | JD 625 Combine Platform, S/N 755389;  HX14 Rotary / Flail Cutter, S/N 020646 | 15,000.00 | 0.00 |
| John Deere Financial | | 7,106.06 | JD 7810 Row-Crop Tractor, S/N 030557 | 8,000.00 | 893.94 |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,    Ellis Scott Wooten    , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  May 19, 2015                              /s/ Ellis Scott Wooten
                                                         Ellis Scott Wooten
                                                                         Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Ellis Scott Wooten_____,  Case No. _____
  Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xx-xxx-xxx-xx4952 | | | | Blanket lien on equipment and crops | | | | | |
| Creditor #: 1 AgCarolina Farm Credit ACA Attn:  Manager or Agent P.O. Box 626 La Grange, NC 28551-0626 | X | - | | | | | | | |
| | | | | Value $            151,843.94 | | | | 84,174.44 | 0.00 |
| Account No. | | | | NOTICE PURPOSES ONLY--Pledged assets as collateral for son's loan with AgCarolina | | | | | |
| Creditor #: 2 Aquarian Acres, LLC Attn:  Robert or Phyllis Wooten 5069 Hwy 58N Hookerton, NC 28538 | | - | | | | | | | |
| | | | | Value $                    0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | lst mortgage Residence located on 1.83 acres at 4414 Hwy 58 N., Kinston, NC owned with wife | | | | | |
| Creditor #: 3 Bank of America Attn:  Officer, Mgr. or Agent P.O. Box 5170 Simi Valley, CA 93062 | X | - | | | | | | | |
| | | | | Value $            231,671.00 | | | | 125,486.56 | 0.00 |
| Account No. xxxxx9778 | | | | 6/24/2009 22' 2009 Kenkraft boat with 150 h.p. motor and boat trailer VIN ending in 24796 | | | | | |
| Creditor #: 4 Bank of the West Attn:  Officer, Mgr or Agent P.O. Box 8160 Walnut Creek, CA 94596 | | - | | | | | | | |
| | | | | Value $              20,000.00 | | | | 34,100.00 | 14,100.00 |
| __1__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 243,761.00 | 14,100.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    Ellis Scott Wooten                                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | First mortgage | | | | | |
| Creditor #: 5 Farm Service Agency Attn Manager or Agent PO Box 159 Kinston, NC 28502 | - | | | | Homeplace located at 4827 Hwy 58N, Hookerton, NC  28538 (uninhabitable) (Tax Value is $30,000); 1st on A/R ($10,000); 2nd on residence ($106,184.44); 2nd on equipment ($67,669.50) | | | | | |
| | | | | | Value $                    213,853.94 | | | | 526,396.57 | 312,542.63 |
| Account No. | | | | | 3rd lien on equipment, crop lien on wheat | | | | | |
| Creditor #: 6 Harvey's Fertilizer Attn:  Manager or Agent P.O. Box 189 Kinston, NC 28502 | - | | | | | | | | | |
| | | | | | Value $                              0.00 | | | | 7,500.00 | 7,500.00 |
| Account No. xxxxxxxx8663 | | | | | JD 625 Combine Platform, S/N 755389; HX14 Rotary / Flail Cutter, S/N 020646 | | | | | |
| Creditor #: 7 John Deere Financial Attn:  Manager or Agent P.O. Box 4450 Carol Stream, IL 60197-4450 | - | | | | | | | | | |
| | | | | | Value $                      15,000.00 | | | | 25,572.58 | 10,572.58 |
| Account No. xxxxxxxx3763 | | | | | JD 7810 Row-Crop Tractor, S/N 030557 | | | | | |
| Creditor #: 8 John Deere Financial Attn:  Manager or Agent P.O. Box 4450 Carol Stream, IL 60197-4450 | - | | | | | | | | | |
| | | | | | Value $                        8,000.00 | | | | 7,106.06 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet  1  of  1  continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | 566,575.21 | 330,615.21 |
| | Total (Report on Summary of Schedules) | 810,336.21 | 344,715.21 |

B6E (Official Form 6E) (4/13)

In re   Ellis Scott Wooten                                                                    ,   Case No. _____
                                                                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2___   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Ellis Scott Wooten                                    ,          Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| **Account No.** | | | | Q1 2015 | | | | | | |
| Creditor #: 1 Internal Revenue Service Alamance Bldg Mail Stop 9 4905 Koger Blvd Ste 102 Greensboro, NC 27407 | - | | | 940 Payroll taxes | | | | 52.17 | 0.00 | 52.17 |
| **Account No.** | | | | Q1 2015 | | | | | | |
| Creditor #: 2 Internal Revenue Service Alamance Bldg Mail Stop 9 4905 Koger Blvd Ste 102 Greensboro, NC 27407 | - | | | 943 taxes | | | | 2,621.10 | 0.00 | 2,621.10 |
| **Account No.** | | | | 2014 | | | | | | |
| Creditor #: 3 Internal Revenue Service Alamance Bldg Mail Stop 9 4905 Koger Blvd Ste 102 Greensboro, NC 27407 | - | | | Payroll taxes | | | | 1,211.41 | 0.00 | 1,211.41 |
| **Account No.** | | | | | | | | | | |
| Creditor #: 4 Lenoir County Tax Collector Attn:  Manager or Agent 101 N. Queen Street Kinston, NC 28501 | - | | | | | | | Unknown | Unknown | Unknown |
| **Account No.** | | | | Q1 2015 | | | | | | |
| Creditor #: 5 N.C. Dept. of Commerce Attn:  Manager or Agent P.O. Box 16504 Raleigh, NC 27611 | - | | | Payroll taxes | | | | Unknown | Unknown | Unknown |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 3,884.68 | 3,884.68 |

B6E (Official Form 6E) (4/13) - Cont.

In re  Ellis Scott Wooten _____ ,    Case No. _____

                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Creditor #: 6 N.C. Dept. of Labor Attn: Manager or Agent 1101 Mail Service Center Raleigh, NC 27699 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | |
| Account No. | | | Q1 2015 | | | | | |
| Creditor #: 7 N.C. Dept. of Revenue ATTN: Officer Office Svcs Div, Bankruptcy Unit P. O. Box 1168 Raleigh, NC 27602-1168 | - | | Payroll Taxes | | | | 436.00 | 436.00 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 8 U.S. Dept. of Labor Attn: Manager or Agent 200 Constitution Ave., NW Suite S2018 Washington, DC 20210 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | Subtotal | 436.00 | |
|---|---|---|---|---|
| Sheet  2  of  2  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | (Total of this page) | 436.00 | 0.00 |
| | | Total | 436.00 | |
| | (Report on Summary of Schedules) | | 4,320.68 | 3,884.68 |

B6F (Official Form 6F) (12/07)

In re    Ellis Scott Wooten                                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 8315 | | | | | | | | | |
| Creditor #: 1 BB&T Visa Attn: Jack Hayes PO Box 1847 Wilson, NC 27894-1847 | - | | | | | | | | 500.00 |
| Account No. 3434 | | | | | | | | | |
| Creditor #: 2 BB&T Visa Attn: Jack Hayes PO Box 1847 Wilson, NC 27894-1847 | - | | | | | | | | 500.00 |
| Account No. | | | | | 2015 annual rent of farmland | | | | |
| Creditor #: 3 Edna Bowen 3000 Alliance Drive Kinston, NC 28504 | - | | | | | | | | 1,490.35 |
| Account No. | | | | | 2015 annual rent of farmland | | | | |
| Creditor #: 4 Van Braxton 1512 Surry Street Kinston, NC 28504 | - | | | | | | | | 1,490.35 |

| | | |
|---|---|---|
| __8__ continuation sheets attached | Subtotal (Total of this page) | 3,980.70 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Ellis Scott Wooten
_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 5 Claud Bright, III 5178 Hwy 58 N Hookerton, NC 28538 | - | | | | | | 2,669.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 6 Brooks Family Farms, LLC c/o Craven Brooks P.O. Box 746 Morehead City, NC 28557 | - | | | | | | 1,620.00 |
| Account No. | | | | | | | |
| Creditor #: 7 C&W Machine & Fabrication, Inc. Attn: Managing Agent 1206 Hugo Road Kinston, NC 28501 | - | | | | | | 100.00 |
| Account No. 3495 | | | | | | | |
| Creditor #: 8 Chase Cardmember Services Attn:  Manager or Agent P.O. Box 15153 Wilmington, DE 19886-5153 | - | | | | | | 400.00 |
| Account No. xx-xxx0881 | | | | | | | |
| Creditor #: 9 Cherry Energy Attn:  Manager or Agent P.O. Box 1424 Kinston, NC 28503 | - | | | | | | 929.86 |

Sheet no.  1   of  8   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    |  5,718.86

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Ellis Scott Wooten                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 10<br>City Auto Parts, Inc.<br>Attn: Manager or Agent<br>312 Mitchell Street<br>Kinston, NC 28501 | - | | | | | | 100.00 |
| Account No.<br>Creditor #: 11<br>Cecil C. Connor<br>3257 Wallace Family Road<br>Kinston, NC 28501 | - | | 2015 annual rent of farmland | | | | 3,119.50 |
| Account No.<br>Creditor #: 12<br>Darryl Gregory Davis<br>730 Kilkenny Circle<br>Lithonia, GA 30058 | - | | 2015 annual rent of farmland | | | | 2,575.50 |
| Account No.<br>Creditor #: 13<br>Elmer Daughty, Jr.<br>5034 Hwy 58, N<br>Hookerton, NC 28538 | - | | 2015 annual rent of farmland | | | | 790.50 |
| Account No.<br>Creditor #: 14<br>Martha Ann Everette<br>2010 Hullwood Drive<br>Kinston, NC 28504 | - | | 2015 annual rent of farmland | | | | 4,542.40 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        11,127.90

B6F (Official Form 6F) (12/07) - Cont.

In re   Ellis Scott Wooten                                                      ,        Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | loan | | | | |
| Creditor #: 15<br>Alonzo Gray<br>505 Taylor Heath Road<br>Kinston, NC 28501 | - | | | | | | 10,000.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 16<br>Christine S. Gray<br>115 Dawson Station Road<br>Kinston, NC 28504 | - | | | | | | 5,109.30 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 17<br>Hyman Gray<br>4678 Hwy 58 N<br>Kinston, NC 28504 | - | | | | | | 1,279.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 18<br>Ann Hardy<br>4331 Ben Dail Road<br>La Grange, NC 28551 | - | | | | | | 263.50 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 19<br>Samuel Harrell<br>P.O. Box 1367<br>Burgaw, NC 28425 | - | | | | | | 3,204.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,855.80

B6F (Official Form 6F) (12/07) - Cont.

In re   Ellis Scott Wooten _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 20 Helen Hill 988 Hwy 58 S. Snow Hill, NC 28580 | - | | | | | | 263.50 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 21 Luellen Y. Hining 57 Glen Spey Pisgah Forest, NC 28768 | - | | | | | | 2,089.30 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 22 Faye G. Humphrey 385 Humphrey Road Kinston, NC 28501 | - | | | | | | 3,790.80 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 23 Mary Margaret Hunter 825 River Bluff Rd. North Augusta, SC 29841 | - | | | | | | 1,538.50 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 24 Harold Jones 2615 Brookwood Road Kinston, NC 28501 | - | | | | | | 7,315.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      14,997.10

B6F (Official Form 6F) (12/07) - Cont.

In re    Ellis Scott Wooten                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | 2015 annual rent of farmland | | | | |
| Creditor #: 25 Patsy W. Kelly 4801 Yadkin Drive Raleigh, NC 27609 | - | | | | | | | |
| | | | | | | | | 1,870.00 |
| **Account No.** | | | | | | | | |
| Creditor #: 26 Kinston Radiator & A/C Svc. Attn: Manager or Agent 135 S. Queen Street Kinston, NC 28501 | - | | | | | | | |
| | | | | | | | | 200.00 |
| **Account No.** | | | | | | | | |
| Creditor #: 27 Mack Turnage Tire Svc. Attn: Manager or Agent P.O. Box 387 Hookerton, NC 28538 | - | | | | | | | |
| | | | | | | | | 400.00 |
| **Account No.** | | | | 2015 annual rent of farmland | | | | |
| Creditor #: 28 Maybelle B. Hill Estate c/o Frances Hardy 1759 Dallas Turner Road Kinston, NC 28504 | - | | | | | | | |
| | | | | | | | | 6,988.00 |
| **Account No.** | | | | | | | | |
| Mary Stroud 1064 Grays Mill Rd. Snow Hill, NC 28580 | | | | Representing: Maybelle B. Hill Estate | | | | Notice Only |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,458.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ellis Scott Wooten                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| **Account No.** | | | | Representing: Maybelle B. Hill Estate | | | | Notice Only |
| Peggie Sugg 1122 Grays Mill Road Snow Hill, NC 28580 | | | | | | | | |
| **Account No.** | | - | | 2015 annual rent of farmland | | | | |
| Creditor #: 29 Lillian W. McIver 430 Pettigrew Drive Wilmington, NC 28412 | | | | | | | | 1,844.50 |
| **Account No.** | | - | | 2015 annual rent of farmland | | | | |
| Creditor #: 30 Tonya Y. Montayne 236 River Branch Rd. Greenville, NC 27858-8885 | | | | | | | | 950.00 |
| **Account No.** | | - | | 2015 annual rent of farmland | | | | |
| Creditor #: 31 William Murphy 3015 Hwy 58 South Snow Hill, NC 28580 | | | | | | | | 1,490.35 |
| **Account No.** | | - | | 2015 annual rent of farmland | | | | |
| Creditor #: 32 Earl B. Oliver 3296 Yardly Lane Kinston, NC 28504 | | | | | | | | 15,134.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          19,418.85

B6F (Official Form 6F) (12/07) - Cont.

In re    Ellis Scott Wooten                                                              , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 33 Sara Jones Pollock 2671 Gary Drive Kinston, NC 28501 | - | | | | | | 1,266.50 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 34 Anson W Sharpe 4410 Bar Barbor Drive Wilson, NC 27896 | - | | | | | | 1,266.50 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 35 Ginny Smith 2706 Billy Becton Rd. Kinston, NC 28501 | - | | | | | | 263.50 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 36 Thelma B. Speight 1533 Institute Road Kinston, NC 28504 | - | | | | | | 3,834.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 37 Ronnie Sugg 5021 Washington St. La Grange, NC 28551 | - | | | | | | 263.50 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,894.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Ellis Scott Wooten _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 38 William Earl Sugg 2124 Grays Mill Rd. Snow Hill, NC 28580 | - | | | | | | 4,360.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 39 Nelson Taylor 962 Taylor-Spence Road Kinston, NC 28504 | - | | | | | | 5,000.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 40 W.F. Bright Farm Heirs 3015 Hwy 58, South Snow Hill, NC 28580 | - | | | | | | 3,245.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 41 Jane B. Walter 227 Old Causeway Road Atlantic Beach, NC 28512 | - | | | | | | 1,632.00 |
| Account No. | | | 2015 annual rent of farmland | | | | |
| Creditor #: 42 Debra Jean Wooten 4878 Hwy 58 North Hookerton, NC 28538 | - | | | | | | 464.10 |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            14,701.10

Total
(Report on Summary of Schedules)    106,152.31

B6G (Official Form 6G) (12/07)

In re    Ellis Scott Wooten                                                                              ,     Case No. _____
                                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Edna Bowen 3000 Alliance Drive Kinston, NC 28504 | Lease of farmland |
| Van Braxton 1512 Surry Street Kinston, NC 28504 | Lease of farmland |
| Claud Bright, III 5178 Hwy 58 N Hookerton, NC 28538 | Lease of farmland |
| Brooks Family Farms, LLC c/o Craven Brooks P.O. Box 746 Morehead City, NC 28557 | Lease of farmland |
| Cecil C. Connor 3257 Wallace Family Road Kinston, NC 28501 | Lease of farmland |
| Darryl Gregory Davis 730 Kilkenny Circle Lithonia, GA 30058 | Lease of farmland |
| Elmer Daughty, Jr. 5034 Hwy 58, N Hookerton, NC 28538 | Lease of farmland |
| Martha Ann Everette 2010 Hullwood Drive Kinston, NC 28504 | Lease of farmland |
| Christine S. Gray 115 Dawson Station Road Kinston, NC 28504 | Lease of farmland |
| Hyman Gray 4678 Hwy 58 N Kinston, NC 28504 | Lease of farmland |
| Ann Hardy 4331 Ben Dail Road La Grange, NC 28551 | Lease of farmland |

2
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   Ellis Scott Wooten                              ,      Case No. _____
<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Samuel Harrell<br>P.O. Box 1367<br>Burgaw, NC 28425 | Lease of farmland |
| Helen Hill<br>988 Hwy 58 S.<br>Snow Hill, NC 28580 | Lease of farmland |
| Luellen Y. Hining<br>57 Glen Spey<br>Pisgah Forest, NC 28768 | Lease of farmland |
| Faye G. Humphrey<br>385 Humphrey Road<br>Kinston, NC 28501 | Lease of farmland |
| Mary Margaret Hunter<br>825 River Bluff Rd.<br>North Augusta, SC 29841 | Lease of farmland |
| Franklin Jones<br>113 Franklin Jones Road<br>Hookerton, NC 28538 | Lease of farmland |
| Harold Jones<br>2615 Brookwood Road<br>Kinston, NC 28501 | Lease of farmland |
| JTI Leaf Services, Inc.<br>Attn: Manager or Agent<br>202 Stinson Drive<br>Danville, VA 24540 | Contract to grow 75,000 lbs of tobacco |
| Patsy W. Kelly<br>4801 Yadkin Drive<br>Raleigh, NC 27609 | Lease of farmland |
| Maybelle B. Hill Estate<br>c/o Frances Hardy<br>1759 Dallas Turner Road<br>Kinston, NC 28504 | Lease of farmland |
| Lillian W. McIver<br>430 Pettigrew Drive<br>Wilmington, NC 28412 | Lease of farmland |
| Tonya Y. Montayne<br>236 River Branch Rd.<br>Greenville, NC 27858-8885 | Lease of farmland |
| William Murphy<br>3015 Hwy 58 South<br>Snow Hill, NC 28580 | Lease of farmland |

Sheet  \_\_1\_\_  of  \_\_2\_\_  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    Ellis Scott Wooten _____ ,    Case No. _____
_____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Earl B. Oliver<br>3296 Yardly Lane<br>Kinston, NC 28504 | Lease of farmland |
| Sara Jones Pollock<br>2671 Gary Drive<br>Kinston, NC 28501 | Lease of farmland |
| Anson W Sharpe<br>4410 Bar Barbor Drive<br>Wilson, NC 27896 | Lease of farmland |
| Ginny Smith<br>2706 Billy Becton Rd.<br>Kinston, NC 28501 | Lease of farmland |
| Thelma B. Speight<br>1533 Institute Road<br>Kinston, NC 28504 | Lease of farmland |
| Ronnie Sugg<br>5021 Washington St.<br>La Grange, NC 28551 | Lease of farmland |
| William Earl Sugg<br>2124 Grays Mill Rd.<br>Snow Hill, NC 28580 | Lease of farmland |
| Nelson Taylor<br>962 Taylor-Spence Road<br>Kinston, NC 28504 | Lease of farmland |
| U.S. Dept. of Labor<br>Attn:  Manager or Agent<br>200 Constitution Ave., NW<br>Suite S2018<br>Washington, DC 20210 | Agricultural Work Agreement |
| W.F. Bright Farm Heirs<br>3015 Hwy 58, South<br>Snow Hill, NC 28580 | Lease of farmland |
| Jane B. Walter<br>227 Old Causeway Road<br>Atlantic Beach, NC 28512 | Lease of farmland |
| Debra Jean Wooten<br>4878 Hwy 58 North<br>Hookerton, NC 28538 | Lease of farmland |
| Robert & Phyllis Wooten<br>5069 Hwy. 58 N<br>Hookerton, NC 28538 | Lease of farmland |

Sheet   __2__   of   __2__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Ellis Scott Wooten                                                                     ,    Case No. _____
_____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JoElla T.Wooten<br>4414 Hwy 58 North<br>Kinston, NC 28504 | AgCarolina Farm Credit ACA<br>Attn:  Manager or Agent<br>P.O. Box 626<br>La Grange, NC 28551-0626 |
| JoElla T. Wooten<br>4414 Hwy 58 North<br>Kinston, NC 28504 | Bank of America<br>Attn:  Officer, Mgr. or Agent<br>P.O. Box 5170<br>Simi Valley, CA 93062 |
| JoElla T. Wooten<br>4414 Hwy 58 North<br>Kinston, NC 28504 | Farm Service Agency<br>Attn Manager or Agent<br>PO Box 159<br>Kinston, NC 28502 |

0
_____ continuation sheets attached to Schedule of Codebtors

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Ellis Scott Wooten |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - NEW BERN DIVISION |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Occupation | Self-employed Farmer | Receptionist |
| | Employer's name | | W.A. Moore Insurance Co. |
| | Employer's address | | |
| | How long employed there? | 28 years | 9 years |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 3,049.11 |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ 3,049.11 |

| Debtor 1 | Ellis Scott Wooten | | Case number (*if known*) | |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 3,049.11 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 2,467.21 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 2,467.21 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 581.90 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 82.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: Wooten Piglets, LLC | 8h.+ | $ 583.34 + | $ 0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 583.34 | $ 82.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 583.34 + $ 663.90 = $ 1,247.24 |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

| | | 11. | +$ 0.00 |
|---|---|---|---|

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

| | 12. | $ 1,247.24 |
|---|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: Expect income to increase once crops are harvested

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Ellis Scott Wooten |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - NEW BERN DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.   ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Wife | | ☐ No  ☑ Yes |
| Daughter | 9 | ☐ No  ☑ Yes |
| Son | 19 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,326.07 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 219.85 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 261.42 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 83.33 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1    Ellis Scott Wooten _____    Case number (if known) _____

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. | $ 400.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ 75.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 526.00 |
| | 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ 800.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ 758.33 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ 200.00 |
| 10. | **Personal care products and services** | | 10. | $ 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ 216.67 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $ 346.08 |
| | 15b. | Health insurance | 15b. | $ 569.71 |
| | 15c. | Vehicle insurance | 15c. | $ 416.00 |
| | 15d. | Other insurance. Specify:  Insurance - farming operation | 15d. | $ 830.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. | Other. Specify:  Bank of the West | 17c. | $ 304.38 |
| | 17d. | Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. | $ 0.00 |
| | 20b. | Real estate taxes | 20b. | $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify:  Pet costs | | 21. | +$ 30.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ 8,062.84 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ 1,247.24 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ 8,062.84 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ -6,815.60 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Making every attempt to reduce expenses

Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Ellis Scott Wooten

Debtor(s)

Case No.

Chapter    12

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    35    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    May 19, 2015

Signature    /s/ Ellis Scott Wooten

Ellis Scott Wooten

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re    Ellis Scott Wooten                          Case No. \
                                   Debtor(s)            Chapter    12

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2015 |
| $920,181.00 | 2014 - Farming Operation |
| $1,170,188.00 | 2013 - Farming Operation |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,300.00 | 2015 - Wooten Piglets, LLC |

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AgCarolina Farm Credit ACA<br>Attn:  Manager or Agent<br>P.O. Box 626<br>La Grange, NC 28551-0626 | 2/25/2015 (crop insurance proceeds check) | $63,606.00 | $84,174.44 |
| Franklin Jones<br>113 Franklin Jones Road<br>Hookerton, NC 28538 | | $3,894.00 | $0.00 |
| East Coast Equipment | 2/24/2015 | $11,050.33 | $0.00 |
| Harvey Fertilizer | 2/16/2015 | $19,000.00 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Aquarian Acres, LLC<br>Attn:  Robert or Phyllis Wooten<br>5069 Hwy 58N<br>Hookerton, NC 28538<br>    Entity owned by parents | | $9,681.50 | $0.00 |
| Mary Bryan Wooten Cooper<br>1902 Stanton Drive<br>Kinston, NC 28501<br>    Cousin of Debtor | | $11,968.00 | $11,968.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Hugo VFD | | 8/27/2014 and 9/13/2014 | $400 donation |
| North Lenoir Ducks Unlimited | | 11/12/2014 | $250 |

B7 (Official Form 7) (04/13)
4

### 8.  Losses

None  ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 2004 Ford Expedition, Amount $unknown | Totaled in vehicle accident | March 2015 |
| 2014 Soybean crop, $63,578 | Crop insurance proceeds ($63,578) paid lienholder, AgCarolina | 2/25/2015 |
| 1995 Ford F-250 Truck, trailer and water tank, value $1,500 | Damaged in vehicle accident | April 13, 2015 |
| 2014 Tobacco crop | Crop insurance proceeds ($28) paid to lien holder, AgCarolina | 3/18/2015 |

### 9.  Payments related to debt counseling or bankruptcy

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | 4/15/2015  *See additional information contained in the Affidavit attached to the Application for Employment of Attorney for the Debtor | $10,000.00 paid by parents, Robert & Phyllis Wooten $275.00 paid by Debtor |

### 10. Other transfers

None  ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Sugg Farm Partnership | April 29, 2015 | 1997 Ford Club Wagon Van, VIN 35139, $4000 |

None  ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Son | 16' Lowe John Boat with 40 hp motor (Gifted to son in 2011) | |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

| None | |
|---|---|
| ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None | |
|---|---|
| ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None | |
|---|---|
| ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

| None | |
|---|---|
| ■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| None | |
|---|---|
| ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Barrow, Parris and Davenport, PA<br>Attn:  L. Dock Davenport, CPA<br>662 Sussex Street<br>Kinston, NC 28504 | Approximately 20 years |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Barrow, Parris and Davenport, PA | Attn:  L. Dock Davenport, CPA<br>662 Sussex Street<br>Kinston, NC 28504 |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| AgCarolina Farm Credit ACA<br>Attn:  Manager or Agent<br>P.O. Box 626<br>La Grange, NC 28551-0626 | 2013, 2014 |
| Harvey Fertilizer & Gas Co.<br>Kinston, NC 28501 | 2013, 2014 |
| Farm Service Agency<br>Attn Manager or Agent<br>PO Box 159<br>Kinston, NC 28502 | 2013 |

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  May 19, 2015                          Signature    /s/ Ellis Scott Wooten

                                                          Ellis Scott Wooten

                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

ELLIS SCOTT WOOTEN
4414 HIGHWAY 58 NORTH
KINSTON, NC 28504

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 26504
RALEIGH, NC 27611-6504

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

AGCAROLINA FARM CREDIT ACA
ATTN:  MANAGER OR AGENT
P.O. BOX 626
LA GRANGE, NC 28551-0626

AQUARIAN ACRES, LLC
ATTN:  ROBERT OR PHYLLIS WO
5069 HWY 58N
HOOKERTON, NC 28538

BANK OF AMERICA
ATTN:  OFFICER, MGR. OR AGENT
P.O. BOX 5170
SIMI VALLEY, CA 93062

BANK OF THE WEST
ATTN:  OFFICER, MGR OR AGENT
P.O. BOX 8160
WALNUT CREEK, CA 94596

BB&T VISA
ATTN: JACK HAYES
PO BOX 1847
WILSON, NC 27894-1847

EDNA BOWEN
3000 ALLIANCE DRIVE
KINSTON, NC 28504

VAN BRAXTON
1512 SURRY STREET
KINSTON, NC 28504

CLAUD BRIGHT, III
5178 HWY 58 N
HOOKERTON, NC 28538

BROOKS FAMILY FARMS, LLC
C/O CRAVEN BROOKS
P.O. BOX 746
MOREHEAD CITY, NC 28557

C&W MACHINE & FABRICATION, INC.
ATTN: MANAGING AGENT
1206 HUGO ROAD
KINSTON, NC 28501

CHASE CARDMEMBER SERVICE
ATTN:  MANAGER OR AGENT
P.O. BOX 15153
WILMINGTON, DE 19886-5153

CHERRY ENERGY
ATTN:  MANAGER OR AGENT
P.O. BOX 1424
KINSTON, NC 28503

CITY AUTO PARTS, INC.
ATTN:  MANAGER OR AGENT
312 MITCHELL STREET
KINSTON, NC 28501

CECIL C. CONNOR
3257 WALLACE FAMILY ROAD
KINSTON, NC 28501

DARRYL GREGORY DAVIS
730 KILKENNY CIRCLE
LITHONIA, GA 30058

ELMER DAUGHTY, JR.
5034 HWY 58, N
HOOKERTON, NC 28538

MARTHA ANN EVERETTE
2010 HULLWOOD DRIVE
KINSTON, NC 28504

FARM SERVICE AGENCY
ATTN MANAGER OR AGENT
PO BOX 159
KINSTON, NC 28502

ALONZO GRAY
505 TAYLOR HEATH ROAD
KINSTON, NC 28501

CHRISTINE S. GRAY
115 DAWSON STATION ROAD
KINSTON, NC 28504

HYMAN GRAY
4678 HWY 58 N
KINSTON, NC 28504

ANN HARDY
4331 BEN DAIL ROAD
LA GRANGE, NC 28551

SAMUEL HARRELL
P.O. BOX 1367
BURGAW, NC 28425

HARVEY'S FERTILIZER
ATTN: MANAGER OR AGENT
P.O. BOX 189
KINSTON, NC 28502

HELEN HILL
988 HWY 58 S.
SNOW HILL, NC 28580

LUELLEN Y. HINING
57 GLEN SPEY
PISGAH FOREST, NC 28768

FAYE G. HUMPHREY
385 HUMPHREY ROAD
KINSTON, NC 28501

MARY MARGARET HUNTER
825 RIVER BLUFF RD.
NORTH AUGUSTA, SC 29841

INTERNAL REVENUE SERVICE
ALAMANCE BLDG MAIL STOP 9
4905 KOGER BLVD STE 102
GREENSBORO, NC 27407

JOHN DEERE FINANCIAL
ATTN: MANAGER OR AGENT
P.O. BOX 4450
CAROL STREAM, IL 60197-4450

FRANKLIN JONES
113 FRANKLIN JONES ROAD
HOOKERTON, NC 28538

HAROLD JONES
2615 BROOKWOOD ROAD
KINSTON, NC 28501

JTI LEAF SERVICES, INC.
ATTN: MANAGER OR AGENT
202 STINSON DRIVE
DANVILLE, VA 24540

PATSY W. KELLY
4801 YADKIN DRIVE
RALEIGH, NC 27609

KINSTON RADIATOR & A/C SVC
ATTN: MANAGER OR AGENT
135 S. QUEEN STREET
KINSTON, NC 28501

LENOIR COUNTY TAX COLLECTOR
ATTN: MANAGER OR AGENT
101 N. QUEEN STREET
KINSTON, NC 28501

MACK TURNAGE TIRE SVC.
ATTN: MANAGER OR AGENT
P.O. BOX 387
HOOKERTON, NC 28538

MAYBELLE B. HILL ESTATE
C/O FRANCES HARDY
1759 DALLAS TURNER ROAD
KINSTON, NC 28504

LILLIAN W. MCIVER
430 PETTIGREW DRIVE
WILMINGTON, NC 28412

TONYA Y. MONTAYNE
236 RIVER BRANCH RD.
GREENVILLE, NC 27858-8885

WILLIAM MURPHY
3015 HWY 58 SOUTH
SNOW HILL, NC 28580

N.C. DEPT. OF COMMERCE
ATTN: MANAGER OR AGENT
P.O. BOX 16504
RALEIGH, NC 27611

N.C. DEPT. OF LABOR
ATTN: MANAGER OR AGENT
1101 MAIL SERVICE CENTER
RALEIGH, NC 27699

N.C. DEPT. OF REVENUE
ATTN: OFFICER
OFFICE SVCS DIV, BANKRUPTCY U
P. O. BOX 1168
RALEIGH, NC 27602-1168

EARL B. OLIVER
3296 YARDLY LANE
KINSTON, NC 28504

SARA JONES POLLOCK
2671 GARY DRIVE
KINSTON, NC 28501

ANSON W SHARPE
4410 BAR BARBOR DRIVE
WILSON, NC 27896

GINNY SMITH
2706 BILLY BECTON RD.
KINSTON, NC 28501

THELMA B. SPEIGHT
1533 INSTITUTE ROAD
KINSTON, NC 28504

MARY STROUD
1064 GRAYS MILL RD.
SNOW HILL, NC 28580

PEGGIE SUGG
1122 GRAYS MILL ROAD
SNOW HILL, NC 28580

RONNIE SUGG
5021 WASHINGTON ST.
LA GRANGE, NC 28551

WILLIAM EARL SUGG
2124 GRAYS MILL RD.
SNOW HILL, NC 28580

NELSON TAYLOR
962 TAYLOR-SPENCE ROAD
KINSTON, NC 28504

U.S. DEPT. OF LABOR
ATTN:  MANAGER OR AGENT
200 CONSTITUTION AVE., NW
SUITE S2018
WASHINGTON, DC 20210

W.F. BRIGHT FARM HEIRS
3015 HWY 58, SOUTH
SNOW HILL, NC 28580

JANE B. WALTER
227 OLD CAUSEWAY ROAD
ATLANTIC BEACH, NC 28512

DEBRA JEAN WOOTEN
4878 HWY 58 NORTH
HOOKERTON, NC 28538

JOELLA T.WOOTEN
4414 HWY 58 NORTH
KINSTON, NC 28504

ROBERT & PHYLLIS WOOTEN
5069 HWY. 58 N
HOOKERTON, NC 28538

**United States Bankruptcy Court**
**Eastern District of North Carolina - New Bern Division**

In re    Ellis Scott Wooten                                        Case No.

                                           Debtor(s)         Chapter    12

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    May 19, 2015                          /s/ Ellis Scott Wooten

                                                   Ellis Scott Wooten
                                                   Signature of Debtor